UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT PLEUS,<br><br>          Plaintiff(s),<br><br>vs.<br><br>ARP FAMILY FARMS, et al.,<br><br>          Defendant(s). | Case No. 2:15-cv-02093-RFB-NJK<br><br>ORDER |

This matter is before the Court on the failure of Plaintiff to file a Certificate of Interested Parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. Local Rule 7.1-1(a) requires counsel for private parties to identify all persons, associations of persons, firms, partnerships, or corporations which have a direct, pecuniary interest in the outcome of the case in a Fed. R. Civ. P. 7.1 disclosure statement. If there are no interested parties other than those participating in the case, a statement to that effect must be filed. Local Rule 7.1(b). To date, Plaintiffs have failed to comply. Accordingly, Plaintiffs are **ORDERED** to file Certificates of Interested Parties, which fully comply with Local Rule 7.1-1, no later than 4:00 p.m. on November 24, 2015. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: November 17, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge