UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT H. PLEUS,<br><br>        Plaintiff,<br><br>vs.<br><br>ARP FAMILY FARMS, et al.,<br><br>        Defendants. | Case No. 2:15-cv-02093-RFB-NJK<br><br>ORDER STRIKING FILED DOCUMENTS<br><br>(Docket No. 34) |

On January 20, 2016, Plaintiff filed a Notice of Rule 26(f) Conference. Docket No. 34. This conference is not timely scheduled. The Rule 26(f) conference is required to be held within 30 days after Defendants' answer. *See* Local Rule 26-1(d) ("Counsel for plaintiff shall initiate the scheduling of the Fed. R. Civ. P. 26(f) meeting within thirty (30) days after the first defendant answers or otherwise appears"). The answer was filed on December 23, 2015. Docket No. 27. Therefore, the Rule 26(d) conference must be held no later than January 22, 2016.

Additionally, the stipulated discovery plan is due 14 days after the timely Rule 26(f) conference. *See* Local Rule 26-1(d) ("Fourteen (14) days after the mandatory Fed. R. Civ. P. 26(f) conference, the parties shall submit a stipulated discovery plan and scheduling order"). Accordingly, the stipulated discovery plan is due on February 5, 2016.

Further, pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because Plaintiff's Notice of Rule 26(f) Conference was filed in violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

. . . .

. . . .

The Court hereby **ORDERS** the parties and counsel to cease filing discovery documents on the docket in compliance with Local Rule 26-8.  Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

IT IS SO ORDERED.

DATED: January 20, 2016.

NANCY J. KOPPE
United States Magistrate Judge