# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALBERT H. PLEUS, | ) | |
|           Plaintiff, | ) | Case No. 2:15-cv-02093-RFB-NJK |
| vs. | ) | ORDER SETTING HEARING |
| ARP FAMILY FARMS, et al., | ) | (Docket No. 48) |
|           Defendants. | ) | |

      Pending before the Court is Plaintiff's counsel's motion to withdraw. Docket No. 48. Any response shall be filed no later than May 25, 2016. The Court hereby **SETS** a hearing on the motion for 11:00 a.m. on June 6, 2016, in Courtroom 3C. Plaintiff's current counsel shall appear at the hearing in person. Any newly retained counsel shall also appear in person. Plaintiff shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited. THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS. No later than May 18, 2016, Plaintiff's current counsel of record shall serve Plaintiff with this order and shall file a proof of service.

      IT IS SO ORDERED.

      DATED: May 13, 2016

                                                                                   _____
                                                                                   NANCY J. KOPPE
                                                                                   United States Magistrate Judge