# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Albert H. Pleus

Plaintiff,

V.

Arp Family Farms, et al

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-02093-RFB-NJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment is entered in favor of Plaintiff and against Defendants Proverbs 18:10 Farms, Inc. and Roman 12:1 Farms, Inc.

Damages in the amount of $500,000 for the collective principal balance on both the June and September Notes;  for base interest on both Notes that has been accruing to date in the amount of $123,397.26;  for default interest on both Notes that has been accruing incrementally since the date of default in the amount of $61,698.63, which is continuing to accrue in the amount of $164.38 and  For reasonable attorneys' fees and costs amounting to $17,357.90.

| | |
|---|---|
| July 11, 2016 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ dl |
| | (By) Deputy Clerk |