# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALBERT H. PLEUS, | ) | Case No. 2:15-cv-02093-RFB-NJK |
| Plaintiff(s), | ) | |
| | ) | ORDER |
| vs. | ) | |
| ARP FAMILY FARMS, et al., | ) | |
| Defendant(s). | ) | |

The joint proposed pretrial order was due in this case on August 19, 2016. *See* Docket No. 40 at 3. The parties have not complied with that deadline. Indeed, there has been no activity in this case since default judgment was entered against two of the defendants on July 11, 2016. *See* Docket Nos. 54, 55. No later than January 17, 2017, the parties shall file (1) a joint proposed pretrial order or (2) dismissal papers for the remaining defendants.

IT IS SO ORDERED.

DATED: December 27, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge