**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALBERT H. PLEUS, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> ARP FAMILY FARMS, et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:15-cv-02093-RFB-NJK <br><br> ORDER <br><br> (Docket No. 58) |

Pending before the Court is Plaintiff's motion to enlarge time to file the joint pretrial order. Docket No. 58. For good cause shown, Plaintiff's motion, Docket No. 58, is hereby **GRANTED**. The deadline for the parties to submit a joint pretrial order is hereby **EXTENDED** to March 3, 2017.

IT IS SO ORDERED.

DATED: January 18, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge