# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT H. PLEUS, | Case No. 2:15-cv-02093-RFB-NJK |
| Plaintiff, | |
| vs. | ORDER GRANTING MOTION TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER |
| ARP FAMILY FARMS, et al., | |
| Defendants. | (Docket No. 60) |

Pending before the Court is Plaintiff's emergency motion to extend the deadline for filing the joint pretrial order in the instant case. Docket No. 60. Plaintiff has separately filed a motion to dismiss all remaining defendants, *see* Docket No. 62, and asks the Court to extend the deadline to file the joint pretrial order in the instant case until after the Court rules on the motion to dismiss, as the joint pretrial report will be unnecessary if the Court grants the motion to dismiss in full. Docket No. 60 at 6-7.

For good cause shown, Plaintiff's motion to extend, Docket No. 60, is hereby **GRANTED**. The deadline for filing the joint pretrial statement is extended to 14 days after the order resolving the motion to dismiss at Docket No. 62, in the event that motion is not granted in full.

IT IS SO ORDERED.

DATED: March 3, 2017.

NANCY J. KOPPE
United States Magistrate Judge