SHUMWAY VAN
MICHAEL C. VAN, ESQ.
Nevada Bar No. 3876
8985 South Eastern Avenue, Suite 100
Las Vegas, NV 89123
Telephone: (702) 478-7770
Facsimile: (702) 478-7779
Email: michael@shumwayvan.com
*Attorney for Defendants Arp Family Farms, Ephesians 3:20 Farms, LLC, Proverbs 31 Farms, LLC, Circle 191 Farms, LLC, San Tan Agriculture, LLC, Arp Custom Farming, LLC and Nathan W. Arp*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT H. PLEUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARP FAMILY FARMS, an Arizona general partnership; EPHEISANS 3:20 FARMS, LLC, an Arizona limited liability company; ROMANS 12:1 FARMS, INC., an Arizona corporation; PROVERBS 31 FARMS, LLC, an Arizona limited liability company; PROVERBS 18:10 FARMS, INC., an Arizona corporation; CIRCLE 191 FARMS, LLC, an Arizona limited liability company, fka Arp-Elfrida, LLC, fka Arp Family Farms-Doell, LLC; SAN TAN AGRICULTURE, LLC, an Arizona limited liability company, fka Arp-Queen Creek, LLC, fka Arp Family Farms-Koepnick, LLC; ARP CUSTOM FARMING, LLC, an Arizona limited liability company; NATHAN W. ARP, an individual, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-02093<br><br>**ORDER EXTENDING DEADLINE TO FILE RESPONSE TO THE MOTION TO DISMISS** |

…

…

…

Page 1

**ORDER**

Pursuant to the stipulation of the parties and for good cause appearing,

IT IS HEREBY ORDERED by this Court on this 21st day of March, 2017 that the deadline for Defendants to file their Response to Plaintiff's Motion for Voluntary Dismissal Without Prejudice is extended up to and including March 21, 2017, and Plaintiff's deadline to file a reply is extended up to and including April 3, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

Respectfully Submitted By:

/s/ Michael C. Van
Michael C. Van, Esq.
SHUMWAY VAN
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Attorney for Defendants Arp Family Farms, Ephesians 3:20 Farms, LLC, Proverbs 31 Farms, LLC, Circle 191 Farms, LLC, San Tan Agriculture, LLC, Arp Custom Framing, LLC and Nathan W. Arp*